IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01999-RPM-MJW

ANTHONY GOMEZ,

Plaintiff(s),

v.

THE CBE GROUP, INC., an Iowa corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     In view of the Notice of Settlement (Docket No. 7), the court hereby VACATES the scheduling conference set for September 24, 2012 at 11:00 a.m.  The parties are ORDERED to file a notice of dismissal or status update on or before September 7, 2012.

Date: August 24, 2012