**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01999-RPM-MJW

ANTHONY GOMEZ,

        Plaintiff,

v.

THE CBE GROUP, INC., an Iowa corporation,

        Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

        THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

        BY THE COURT:

August 29th, 2012                    s/ Richard P. Matsch
_____        _____
DATE                              Richard P. Matsch, U.S. DISTRICT JUDGE